LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 224
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant/Movant
DAVID BOWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | Cr. No. S-98-205 GEB KJM P |
| ) | |
| ) | NOTICE RE: WITHDRAWAL OF |
| v. ) | MOVANT BOWMAN'S MOTION |
| ) | FOR LEAVE TO FILE A FIRST |
| DAVID BOWMAN, ) | AMENDED PETITION; ORDER |
| ) | |
| Defendant/Movant. ) | |
| _____) | |

Defendant/Movant David Bowman, through his counsel Scott L. Tedmon, respectfully submits this notice advising the Court and counsel that Bowman is withdrawing his previously filed motion requesting leave to file a first amended petition. Movant Bowman has included with this notice a corresponding order for the Court.

I

CASE BACKGROUND

On February 20, 2004, movant Bowman filed his original writ of habeas corpus pursuant to 28 U.S.C. §2255, alleging two separate grounds. On July 13, 2004, movant Bowman filed a motion

- 1 -

for leave to file a first amended petition to include a Ground Three, alleging that pursuant to <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004), Bowman's sentence is unconstitutional. The government filed their opposition brief on August 9, 2004 and movant Bowman filed his reply brief on August 1, 2004. On August 28, 2004, movant Bowman's motion for leave to file a first amended petition was heard and oral argument was presented before this Court. At the hearing, all parties agreed the decision on movant Bowman's motion to file a first amended petition to allege a <u>Blakely</u> issue should be held in abeyance pending the U.S. Supreme Court's decisions in <u>United States v. Booker</u>, No. 04-104 and <u>United States v. FanFan</u>, No. 04-105.

On January 12, 2005, the United States Supreme Court issued its ruling in <u>Booker</u> and <u>FanFan</u>. After the <u>Booker</u> and <u>FanFan</u> decisions, the Ninth Circuit took up these sentencing issues in the case of <u>U.S. v. Ameline</u>, 409 F.3d 1073 (9th Cir. 2005). On June 1, 2005, in an en banc decision, the Ninth Circuit decided the <u>Ameline</u> case. Since the Ninth Circuit's ruling in <u>Ameline</u>, counsel has personally met and conferred with Mr. Bowman regarding the impact of the <u>Booker</u> and <u>Ameline</u> decisions on the viability of Bowman's motion for leave to file a first amended petition which is now pending before this Court. After a complete review of the matter, both Mr. Bowman and his counsel agree that his pending motion for leave to file a first amended petition is no longer appropriate. As such, movant Bowman is filing this notice of withdrawal of his pending motion for leave to file a first amended petition. Mr. Bowman will proceed on the grounds set forth in his original habeas petition filed on February 20, 2004.

Counsel for Mr. Bowman has discussed this matter with Assistant U.S. Attorney Samantha S. Spangler, counsel for the government. Given that Bowman's pending motion for leave to file a first amended petition is being withdrawn, AUSA Spangler and counsel for Mr. Bowman have agreed on a briefing schedule which will allow the case to be submitted for the Court's review and

if appropriate, the Court's issuing of its findings and recommendation. The proposed briefing schedule, which has previously been submitted for the Court's review, is as follows:

1. The government's supplemental brief in opposition to movant's petition is to be filed on or before August 12, 2005.

2. Movant Bowman's traverse is to be filed on or before September 9, 2005.

II

CONCLUSION

Based on the foregoing, movant Bowman hereby withdraws his pending motion for leave to file a first amended petition. Movant Bowman will proceed on the grounds contained in his original writ of habeas corpus filed on February 20, 2004.

DATED: August 3, 2005              LAW OFFICES OF SCOTT L. TEDMON

                                     /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Movant Bowman

## ORDER

Based on this notice, movant Bowman's pending motion for leave to file a first amended petition is ordered withdrawn. As a result of movant Bowman withdrawing his motion for leave to file a first amended petition, movant Bowman's motion is no longer held in abeyance and said motion is hereby removed from this Court's consideration. The government's supplemental brief in opposition to movant's § 2255 petition is to be filed on or before August 12, 2005. Movant Bowman's traverse is to be filed on or before September 9, 2005.

IT IS SO ORDERED.

DATED: August 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE